428 A.2d 273

Commonwealth v. Sandutch, Appellant.

Reargument Denied Oct. 15, 1980.

Argued December 5, 1979. Norma Chase, for appellant; Joseph Giovannini, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The judgment of sentence of the lower court is hereby affirmed.